In re Petition for DISCIPLINARY ACTION AGAINST Thomas A. LENNON, an Attorney at Law of the State of Minnesota.

No. C7–98–1083.

Supreme Court of Minnesota.

July 10, 1998.

ORDER

Based on notification from the Director of the Office of Lawyers Professional Responsibility that respondent Thomas A. Lennon is

deceased, IT IS HEREBY ORDERED that the above-entitled matter is dismissed.

BY THE COURT:

/s/ Alan C. Page·
Alan C. Page
Associate Justice